■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESSIE J. COOPER, Appellant. (Appeal No. 1.) [872 NYS2d 344]— Appeal from a judgment of the Monroe County Court (Patricia D. Marks, J.), rendered September 15, 2003. The judgment convicted defendant, upon a jury verdict, of criminal possession

of a weapon in the third degree and criminal possession of a weapon in the fourth degree.

It is hereby ordered that the judgment so appealed from is unanimously modified as a matter of discretion in the interest of justice and on the law by reversing that part convicting defendant of criminal possession of a weapon in the third degree and dismissing the second count of the indictment and as modified the judgment is affirmed.

Same memorandum as in *People v Cooper* (59 AD3d 1052 [2009]). Present—Centra, J.P., Peradotto, Green and Pine, JJ.